44 A.3d 1

**In re Nomination Petition of George M. SCHROECK.**

Supreme Court of Pennsylvania.

Submitted March 21, 2012.

Decided April 5, 2012.

Felicia Raye Schroeck, Erie, for George M. Schroeck.

Charles Anthony Pascal Jr., for David R. Wolfe.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, McCAFFERY, ORIE MELVIN, JJ.

460

### ORDER

PER CURIAM.

**AND NOW**, this 5th day of April, 2012, the order of the Commonwealth Court is hereby **AFFIRMED.**